ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 MAR 29 A 11: 02
CLERK_____
S.D. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDDIE LAMAR COPELAND, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 310-061 |
| JOSE MORALES, et al., | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's conspiracy claims, official capacity claims for monetary damages, claims for deliberate indifference against Defendant Soles, claims of excessive force and deliberate indifference against Defendant Morales based on supervisory liability, as well as Defendants Owens, Butts, Jones, Jefferson, Morris, Oneal, and Brown, are **DISMISSED**.

SO ORDERED this 29th day of March, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE